FRANCIS HARRINGTON *v.* LAWRENCE DELPONTE,
COMMISSIONER OF MOTOR VEHICLES

The plaintiff's petition for certification for appeal from the Appellate Court, 29 Conn. App. 582 (AC 10830), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that there was substantial evidence in the record to support the finding that the arresting officer was certified to administer the breathalyzer test?"

The Supreme Court docket number is SC 14676.

*Donald G. Leis, Jr.,* in support of the petition.

*Robert T. Morrin,* assistant attorney general, in opposition.

Decided January 14, 1993

LAMBERTO LUCARELLI *v.* FREEDOM OF
INFORMATION COMMISSION

The plaintiff's petition for certification for appeal from the Appellate Court, 29 Conn. App. 547 (AC 10925), is denied.

*Lamberto Lucarelli,* pro se, in support of the petition.

Decided February 4, 1993

FRANK J. BROWN *v.* MARIO SMARRELLI

The plaintiff's petition for certification for appeal from the Appellate Court, 29 Conn. App. 660 (AC 11077), is denied.

*Steven L. Seligman,* in support of the petition.

*Robert E. Kiley* and *Lois B. Tanzer,* in opposition.

Decided February 4, 1993